LILLIAN M. SMITH and Another, Appellants, v. THE PHŒNIX INSURANCE

Company, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.